**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: ROY WALKER & ELLEN D. WALKER       Case Number: 05-70587
3815 PACKARD PKWY                        SSN-xxx-xx-7584 & xxx-xx-4563
ROCKFORD, IL  61101

Case filed on: 2/15/2005
Plan Confirmed on: 4/1/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $12,898.84      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 207 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ROY WALKER | 0.00 | 0.00 | 298.84 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 298.84 | 0.00 |
| 001 | HEIGHTS FINANCE | 3,800.00 | 3,800.00 | 3,800.00 | 299.41 |
| 002 | KISHWAUKEE AUTO CORRAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 3,800.00 | 3,800.00 | 3,800.00 | 299.41 |
| 001 | HEIGHTS FINANCE | 2,526.07 | 2,526.07 | 1,405.12 | 0.00 |
| 002 | KISHWAUKEE AUTO CORRAL | 5,968.86 | 5,968.86 | 3,320.16 | 0.00 |
| 003 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CHARLES WASHINGTON MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CINGULAR WIRELESS | 634.62 | 634.62 | 353.01 | 0.00 |
| 006 | CONSOLIDATED PUBLIC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | PREMIER BANKCARD/CHARTER | 378.78 | 378.78 | 210.70 | 0.00 |
| 008 | B-LINE LLC | 960.38 | 960.38 | 534.21 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 767.73 | 767.73 | 427.04 | 0.00 |
| 010 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY INC | 175.54 | 175.54 | 97.63 | 0.00 |
| 013 | SOUFAN BASSAM, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 11,411.98 | 11,411.98 | 6,347.87 | 0.00 |
|  | Grand Total: | 16,575.98 | 16,575.98 | 11,810.71 | 299.41 |

Total Paid Claimant:   $12,110.12
Trustee Allowance:     $788.72
Percent Paid Unsecured:  55.62

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008          By  /s/Heather M. Fagan